Submitted on briefs June 26, affirmed July 3, 1972

ROGER ALLEN BROOKS, *Appellant, v.* CUPP,
*Respondent.*
498 P2d 388

Gary D. Babcock, Public Defender, and Ken C. Hadley, Deputy Public Defender, Salem, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and John H. Clough, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *Ferren v. Cupp,* 7 Or App 353, 490 P2d 208, Sup Ct *review denied* (1971).